# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**STEPHANIE MARSHALL,**

    **Plaintiff,**

    v.                                      Case No. 2:22-cv-3736
                                          JUDGE EDMUND A. SARGUS, JR.
**SNIDER-BLAKE PERSONNEL,**           Magistrate Judge Elizabeth P. Deavers

    **Defendant.**

## ORDER

    This matter is before the Court on the Report and Recommendation of the Magistrate Judge (ECF No. 2), in which she recommended dismissal of this pro se litigant's complaint for lack of subject matter jurisdiction pursuant to the *Rooker-Feldman* doctrine. The time for filing objections has passed and no objection was filed. Consequently, the Court **ADOPTS** the Report and Recommendation and for the reasons stated therein, this case is **DISMISSED** for lack of subject matter jurisdiction. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendant and to remove this case from the Court's active docket.

    **IT IS SO ORDERED.**


**4/12/2023**                                                             s/Edmund A. Sargus, Jr.
**DATE**                                                               **EDMUND A. SARGUS, JR.**
                                                                     **UNITED STATES DISTRICT JUDGE**